<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| JAMES M. BRADLEY, | : | |
| Plaintiff | : | Civil Action |
| | : | No. 02-CV-4356 |
| vs. | : | |
| CON AGRA DAIRY FOODS, INC., | : | |
| Defendant | : | |

<u>O R D E R</u>

NOW, this 8th day of January, 2003, it appearing by agreement of counsel that the issues between plaintiff James M. Bradley and defendant Con Agra Dairy Foods, Inc. have been settled, and upon Order of the court pursuant to the provisions of Rule 41.1(b) of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania effective July 1, 1995,

<u>IT IS ORDERED</u> that this action is DISMISSED with prejudice, without costs.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge